NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OWEN D. DENSON, JR., a/k/a HIKIM )
SHABAZZ, )
)
Appellant, )
)
v. )                                 Case No. 2D17-4262
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Owen D. Denson, Jr., pro se.

PER CURIAM.

          Affirmed.

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.